Joshua Hill, SBN 250842
jhill@sidley.com
Emily A. Caveness, SBN 290527
ecaveness@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104

Attorneys for JAMES ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-13-0638-JST |
|---|---|
| Plaintiff, | ) Assigned to: Hon. Jon S. Tigar |
| vs. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO CONTINUE STATUS** |
| JAMES ROSS, | ) **CONFERENCE TO JANUARY 17, 2014** |
| Defendant. | ) Date:  November 22, 2013 |
|  | ) Time:  9:30 a.m. |
|  | ) Place: Courtroom 9 |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date presently scheduled for November 22, 2013 at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for January 17, 2014 at 9:30 a.m.

The primary reason for this request is that defense counsel is currently reviewing, organizing and investigating the government's preliminary discovery. In addition, the government informs defense counsel that additional discovery will be produced, and the total discovery in this case is likely to voluminous. Defense counsel will require additional time to organize, review, and investigate this case.

In addition, at the initial appearance, the parties were informed that this Court's November 22, 2013 calendar would be held in the Oakland courthouse. Subsequent to the initial appearance, however, the parties were informed that the November 22, 2013 calendar would, in fact, be held in

the San Francisco courthouse. Had the parties known that the November 22, 2013 calendar would not take place in the Oakland courthouse, the parties would have selected a different hearing date, as defendant's employment schedule makes it very difficult to appear in the San Francisco courthouse. Government counsel wishes to encourage defendant's current employment and agrees that the Oakland courthouse is the more convenient venue to allow defendant to participate fully in the case. This Court's January 17, 2014 Oakland calendar is the earliest, mutually convenient hearing date.

The parties agree and stipulate that the time from the date of this Stipulation until January 17, 2014, should be excluded under 18 U.S.C. § 3161(H)(7)(A) and (B), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the continuance allows counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: November 18, 2013            By: ___/s/ Thomas Stevens_____
                                        THOMAS STEVENS
                                        Assistant United States Attorney


DATED: November 18, 2013            SIDLEY AUSTIN LLP

                                    By: ___/s/ Joshua Hill_____
                                        JOSHUA HILL
                                        EMILY CAVENESS
                                        Attorneys for Defendant JAMES ROSS

**[PROPOSED] ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is also necessary to allow counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 17, 2014 at 9:30 a.m., and that time is excluded from November 18, 2013 to January 17, 2014, pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

**IT IS SO ORDERED.**

Dated: November 19, 2013

_____
HON. JON S. TIGAR
United States District Judge