1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
5  THOMAS E. STEVENS (CABN 168362)
   Assistant United States Attorney
6      1301 Clay Street, Suite 340-S
       Oakland, California 94612
7      Telephone:  (510) 637-3680
       Facsimile:  (510) 637-3724
8      E-Mail:     Thomas.Stevens@usdoj.gov

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        ) No. CR-13-0638 JST
                                    )
14        Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER TO
                                    ) EXCLUDE TIME UNDER THE SPEEDY TRIAL
15                                  ) ACT
      v.                            )
16                                  )
17 JAMES ROSS,                      )
                                    )
18        Defendant.                )
                                    )
19                                  )
                                    )
20

21      On January 17, 2014, the parties appeared before this Court for a status conference. The Court

22 set the case for a further status conference on March 14, 2014.

23      Based upon the government's anticipated production of additional discovery, and the defendant's

24 need to review that discovery and engage in other investigation and research, the Court enters this order

25 documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and

26 (h)(7)(B)(iv), for effective preparation of counsel, from January 17, 2014, to and including March 14,

27 2014.

28

STIP. AND [PROPOSED] ORDER TO EXCLUDE TIME
NO. CR-13-0638 JST

1     The Court finds that the ends of justice served by excluding the period from January 17, 2014, to and including March 14, 2014, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED:  January 22, 2014                         Respectfully submitted,

                                                   MELINDA HAAG
                                                   United States Attorney

/s/ Joshua Hill                                   /s/ Thomas E. Stevens
JOSHUA HILL                                      THOMAS E. STEVENS
Attorney for James Ross                    Assistant United States Attorney

## [PROPOSED] ORDER

    Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from January 17, 2014, to and including March 14, 2014, is excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED:  January 22, 2014

                                                      _____
                                                      JON S. TIGAR
                                                      United States District Judge