Joshua Hill, SBN 250842
jhill@sidley.com
Emily A. Caveness, SBN 290527
ecaveness@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

Attorneys for JAMES ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES ROSS,<br><br>    Defendant. | Case No. CR-13-0638-JST<br><br>Assigned to: Hon. Jon S. Tigar<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE TRIAL SETTING HEARING TO APRIL 18, 2014**<br><br>Date:   March 14, 2014<br>Time:   9:30 a.m.<br>Place:   Courtroom 2 |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL SETTING HEARING date presently scheduled for March 14, 2014 at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for April 18, 2014 at 9:30 a.m.

The primary reason for this request is that defense counsel is currently reviewing the government's discovery produced to date and investigating the case.  In addition, the government will be making additional discovery available to defense counsel.  The government's discovery and other materials obtained through defense counsel's investigation in this case is voluminous, and defense counsel will require additional time to investigate this case and to organize and review these materials.

The parties agree and stipulate that the time from the date of this Stipulation until April 18, 2014, should be excluded under 18 U.S.C. § 3161(H)(7)(A) and (B), because the ends of justice

1  served by the granting of the continuance outweigh the best interests of the public and the defendant
2  in a speedy and public trial and the continuance allows counsel for the defendant and the attorney for
3  the Government the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence.
5      SO STIPULATED.
6  DATED: February 25, 2014     By: ___/s/ Thomas Stevens_____
7            THOMAS STEVENS
          Assistant United States Attorney
8
9
10 DATED: February 25, 2014     SIDLEY AUSTIN LLP
11     By: ___/s/ Joshua Hill_____
          JOSHUA HILL
12           EMILY CAVENESS
          Attorneys for Defendant JAMES ROSS

1

**[PROPOSED] ORDER**

2   The court finds that the ends of justice served by the granting of the continuance outweigh
3   the best interests of the public and the defendant in a speedy and public trial.  The continuance is
4   also necessary to allow counsel for the defendant and the attorney for the Government the reasonable
5   time necessary for effective preparation, taking into account the exercise of due diligence.
6   Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is
7   continued to April 18, 2014 at 9:30 a.m., and that time is excluded from February 25, 2014 to April
8   18, 2014, pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

9   **IT IS SO ORDERED.**

10

11  Dated: February 25, 2014

HON. JON S. TIGAR
United States District Judge