MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
CHRISTINA McCALL (CABN 234139)
Assistant United States Attorneys
  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone: (510) 637-3680
  Facsimile:  (510) 637-3724
  E-Mail:   Thomas.Stevens@usdoj.gov
           Christina.McCall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-13-0638 JST |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND ) [PROPOSED] ORDER |
| v. | ) |
| JAMES ROSS, | ) |
| Defendant. | ) |

Based upon newly-discovered information, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment in this case without prejudice.

1 | DATED: October 23, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
THOMAS E. STEVENS
Assistant United States Attorney


**[PROPOSED] ORDER**

The Court grants leave to the government to dismiss the indictment without prejudice.

DATED: October 24, 2014

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE